UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.C.G.,

                              Petitioner,

          -against-

JUDITH ALMODOVAR, in her official
capacity as Acting Field Office Director, New
York Field Office, U.S. Immigration &
Customs Enforcement; KRISTI NOEM, in her
official capacity as Secretary, U.S. Department
of Homeland Security; PAMELA BONDI, in
her official capacity as Attorney General, U.S.
Department of Justice; PAUL ARTETA, in his
official capacity as Sheriff and Warden of ICE
facility at Orange County Jail,

                              Respondents.

Case No. 1:26-cv-01065 (JLR)

**ORDER TO ANSWER**

JENNIFER L. ROCHON, United States District Judge:

Petitioner has, through counsel, filed a Petition for the writ of *habeas corpus* under 28

U.S.C. § 2241.  The Court, having examined the Petition, hereby ORDERS that:

(1) By **February 11, 2026**, Respondents shall file a letter stating whether there is any basis to distinguish this case from *J.C.G. v. Genalo*, No. 24-cv-08755 (JLR), 2025 WL 88831 (S.D.N.Y. Jan. 14, 2025) and, if not, whether Respondents would consent to issuance of the writ — subject to preservation of Respondents' arguments for appeal.

(2) Unless and until the Court orders otherwise, Respondents shall file an answer to the Petition by **February 14, 2026**; and

(3) Unless and until the Court orders otherwise, Petitioner shall file any reply by **February 17, 2026**.

This matter shall be heard by the Court on **February 24, 2026** at **3:00 p.m.** in the Daniel

Patrick Moynihan United States Courthouse, Courtroom 20B, 500 Pearl Street, New York, NY

10007.  **Respondents shall produce Petitioner at the conference**.

In light of Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court. *See, e.g.*, *Perez y Perez v. Noem*, No. 25-cv-4828 (DEH), 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-cv-2205 (WJM) (STV), 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-cv-7117 (BLF), 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

If this case has been settled or otherwise terminated, the parties are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* http://nysd.uscourts.gov/ecf_filing.php.

## CONCLUSION

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

By **February 11, 2026**, Respondents shall file a letter with the Court with the information described in this order. Respondents shall file an answer to the Petition by **February 14, 2026**. Petitioner shall file any reply by **February 17, 2026**.

The matter shall be heard by the Court on **February 24, 2026,** at **3:00 p.m.** in the Daniel

Patrick Moynihan United States Courthouse, Courtroom 20B, 500 Pearl Street, New York, NY

10007.  **Respondents shall produce Petitioner at the conference**.

Dated: February 9, 2026
      New York, New York

SO ORDERED.

_JENNIFER L. ROCHON_

JENNIFER L. ROCHON
United States District Judge