**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
J.C.G.,

                                    Petitioner,

-against-                                                        26 **CIVIL** 1065 (JLR)

                                                                 **JUDGMENT**

JUDITH ALMODOVAR, in her official capacity as
Acting Field Office Director, New York Field
Office, U.S. Immigration & Customs Enforcement;
KRISTI NOEM, in her official capacity as
Secretary, U.S. Department of Homeland Security;
PAMELA BONDI, in her official capacity as
Attorney General, U.S. Department of Justice;
PAUL ARTETA, in his official capacity as Sheriff
and Warden of ICE facility at Orange County Jail,

                                    Respondents.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memorandum Opinion and Order dated February 12, 2026, the Petition for the writ of habeas corpus is

GRANTED. By **February 26, 2026,** the immigration court must either (1) hold a bond hearing at which the

government bears the burden of proving, by clear and convincing evidence, that Petitioner is a danger to the

community or a flight risk, or (2) release Petitioner. In determining whether to grant bond, the immigration

judge shall consider the availability of alternative conditions of release; in determining the amount of any bond

imposed, the immigration judge shall consider the Petitioner's ability to pay; accordingly, the case is closed.

**Dated:** New York, New York

        February 17, 2026

                                            **TAMMI M. HELLWIG**
                                    _____
                                            **Clerk of Court**

                            **BY:**          K. mango
                                    _____
                                            **Deputy Clerk**